NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KCG TECHNOLOGIES, LLC,**

*Plaintiff-Appellant*

**v.**

**CARMAX AUTO SUPERSTORES, INC., CARMAX FUNDING SERVICES, LLC, CARMAX FUNDING SERVICES II, LLC, CARMAX BUSINESS SERVICES, LLC,**

*Defendants-Appellees*

---

2020-1327

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:19-cv-11101-LTS, Judge Leo T. Sorokin.

---

## JUDGMENT

---

DAVID ANTHONY GIORDANO, Giordano Law LLC, Boston, MA, for plaintiff-appellant.

ROBERT L. LEE, Alston & Bird LLP, Atlanta, GA, for defendants-appellees.  Also represented by SEAN BEDFORD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 19, 2020            /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                            Clerk of Court